ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Kiewit Building Group Inc. ) ASBCA Nos. 60725, 60877, 60878
) 60895, 60945, 60946
) 60947, 61165, 61330
)
Under Contract No. W911KB-12-C-0011 )

APPEARANCES FOR THE APPELLANT: Michael A. Branca, Esq.
Jesse S. Keene, Esq.
Peckar & Abramson, P.C.
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Carl F. Olson, Esq.
Kyle B. Davis, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Alaska

ORDER OF DISMISSAL

The parties have advised the Board they have resolved the disputes and have requested that the appeals be dismissed with prejudice. Accordingly, for good cause shown, the appeals are dismissed with prejudice. This dismissal leaves no appeals remaining before the Board arising from the performance of Contract No. W911KB-12-C-0011. The Board commends the parties for their successful efforts to resolve the appeals.

Dated: June 6, 2018

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60725, 60877, 60878, 60895, 60945, 60946, 60947, 61165, 61330, Appeals of Kiewit Building Group Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2